**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **DOUGLAS R. CORNELL JR.,** | ) |
| **on behalf of himself and others** | ) |
| **similarly situated,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 3:14-CV-00841-REP** |
| | ) |
| **BROCK & SCOTT, PLLC,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT, BROCK & SCOTT, PLLC'S, RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Brock & Scott, PLLC, by counsel, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1.      Fed. R. Civ. P. 7.1(a) provides:  "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.      Brock & Scott, PLLC has no parent corporation or any publically held corporation that owns 10% or more of its stock.

Respectfully submitted,

**Brock & Scott, PLLC**

By: _____
"/s/"
William D. Bayliss, Esq.

1

William D. Bayliss, Esq. (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB No. 71329)
botoole@williamsmullen.com
WILLIAMS MULLEN CLARK & DOBBINS, P.C.
200 South 10th Street, 16th Floor
Richmond, VA  23219
Telephone:     (804) 420-6000
Facsimile:      (804) 420-6507

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2015 I electronically filed a true and exact copy of the foregoing Defendant Brock & Scott, PLLC's Rule 7.1 Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone: 804-861-6000
Facsimile: 804-861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly
Kelly & Crandall, PLC
4084 University Drive, Ste. 202A
Fairfax, VA 22030
Telephone: 703-424-7572
Facsimile: 703-591-0167
kkelly@kellyandcrandall.com

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Ste. 1A
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@clalegal.com
srotkis@clalegal.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Ste. 600
Alexandria, VA 22314
Telephone: 703-273-7770
Facsimile: 888-892-3512
matt@clalegal.com

John B. Russell, Jr.
John B. Rusell, Jr. & Associates, P.C.
2621 Promenade Parkway, Ste. 102
Midlothian, VA 23113
Telephone: 804-594-0800
Facsimile: 804-594-0400
jbr-brb@mindpsring.com

_____"/s/"_____
William D. Bayliss

William D. Bayliss, Esq. (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB No. 71329)
botoole@williamsmullen.com
WILLIAMS MULLEN CLARK & DOBBINS, P.C.
200 South 10th Street, 16th Floor
Richmond, VA  23219
Telephone:     (804) 420-6000
Facsimile:     (804) 420-6507

27536541_1.DOCX