**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| DOUGLAS R. CORNELL,           ) | |
|                                                     ) | |
|     Plaintiff,                 ) | |
|                                                     ) | |
| v.                                              ) | Case No. 3:14-cv-00841-REP |
|                                                     ) | |
| BROCK & SCOTT, PLLC,         ) | |
|                                                     ) | |
|     Defendant.            ) | |

## PLAINTIFF'S STATUS REPORT

Plaintiff, Douglas R. Cornell, by counsel, hereby notifies the Court that Plaintiff, individually and on behalf of the class members and Defendant Brock & Scott, PLLC have settled the class claims between them in this matter. Generally, Defendant has agreed to send an automatic net payment of $100.00 to each class member. Defendant will pay the costs of notice and administration. They are now negotiating a small divide for the attorneys' fees and costs, and any service award for the named Plaintiff, and expect to have the matter fully resolved with the assistance of Magistrate Judge Roderick C. Young at the Settlement Conference on May 6, 2015, or submit the matter for decision by the Court or by referral to Judge Young. The parties are already in the process of completing the settlement agreement.

Respectfully submitted this 1st day of May, 2015.

_____/s/_____
BY: Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile

dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq., VSB #72791
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
kkelly@kellyandcrandall.com

Leonard A. Bennett, VSB #37523
Susan M. Rotkis, VSB #40639
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
(757) 930-3660
(757) 930-3662 Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com

Matthew J. Erausquin, VSB #65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
matt@clalegal.com

John B. Russell, Jr., VSB#17991
JOHN B. RUSSELL, JR. & ASSOCIATES, PLC
2621 Promenade Parkway
Suite 102
Midlothian, VA 23113
Phone: 804-594-0800
Fax: 804-594-0400
jbr-brb@mindspring.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 4th day of May, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

Carol T. Stone, Esquire
JORDAN COYNE LLP
10509 Judicial Drive, Suite 200
Fairfax, VA 22030-5117
c.stone@jocs-law.com

David Israel, Esquire
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
disrael@sessions-law.biz

Dayle M. Van Hoose, Esquire
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Dr., Suite 195
Tampa, FL 33618
dvanhoose@sessions-law.biz

Counsel for Brock & Scott, PLLC

              _____/s/_____
              Dale W. Pittman, VSB#15673
              Counsel for Plaintiff
              THE LAW OFFICE OF DALE W. PITTMAN, P.C.
              The Eliza Spotswood House
              112-A West Tabb Street
              Petersburg, VA 23803
              (804) 861-6000
              (804) 861-3368 Facsimile
              dale@pittmanlawoffice.com