IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DOUGLAS R. CORNELL,

    Plaintiff,

v.                                Civil Action No. 3:14cv841

BROCK & SCOTT, PLLC,

    Defendant.

## ORDER

The Court having been advised that the parties in this action have executed a MEMORANDUM OF UNDERSTANDING REGARDING SETTLEMENT AGREEMENT respecting the disputes herein and that this action has been settled, it is hereby ORDERED that the parties shall file a Motion for Preliminary Approval of Class Action Settlement by June 8, 2015.  It is further ORDERED that a hearing on the motion shall be held at 1:30 p.m. June 17, 2015.

    It is so ORDERED.

                                            /s/
                                 Robert E. Payne
                                 Senior United States District Judge

Richmond, Virginia
Date: May 13, 2015