UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DOUGLAS R. CORNELL JR.,
on behalf of himself and others
similarly situated,

        Plaintiff,

v.                                      Case No. 3:14-CV-00841-REP

BROCK & SCOTT, PLLC,

        Defendant.
_____/

## DEFENDANT'S NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

Defendant, Brock & Scott, PLLC (Brock & Scott), by counsel, hereby notifies the Court that Brock & Scott has complied with 28 U.S.C. § 1715 by providing notice of the proposed amended class action settlement in this matter to the United States Attorney General and the Attorney General of Virginia.

On or about June 26, 2015, the parties entered an amended class action settlement agreement in this matter. On July 8, 2015, the parties filed the proposed amended class action settlement agreement along with their Consent Motion for Approval of Amended Settlement Agreement, Class Notice and Preliminary Approval Order. (Dkt. 33). On July 10, 2015, in accordance with 28 U.S.C. § 1715, Brock & Scott provided notice of the proposed amended Virginia class settlement to the United States Attorney General and the Attorney General of Virginia.

Respectfully submitted,

BROCK & SCOTT, PLLC
By Counsel

_____/s/_____
Carol T. Stone, Esquire
Virginia Bar No. 21142
JORDAN COYNE LLP
10509 Judicial Drive, Suite 200
Fairfax, Virginia 22030
Telephone: (703) 246-0900
Facsimile: (703) 591-3673
cstone@jocs-law.com

Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
*Admitted Pro Hac Vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
dvanhoose@sessions-law.biz

David Israel, Esq.
Louisiana Bar No. 07174
*Admitted Pro Hac Vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Telephone: 504-828-3700
Facsimile: 504-828-3737
disrael@sessions-law.biz

**Attorneys for Defendant,**
**Brock & Scott, PLLC**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of July 2015, I will electronically file the foregoing Notice of Compliance with 28 U.S.C. § 1715 with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following, and a copy of the foregoing has been forwarded to plaintiff's counsel as described below via email:

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A West Tabb Street
Petersburg, VA 23803
dale@pittmanlawoffice.com

Susan M. Rotkis, Esq.
Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
srotkis@clalegal.com
lenbennett@clalegal.com

John B. Russell, Jr., Esq.
John B. Russell, Jr. & Associates, P.C.
2621 Promenade Parkway, Suite 102
Midlothian, VA 23113
jbr@jbrusselllaw.com

Kristi Cahoon Kelly, Esq.
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
kkelly@kellyandcrandall.com

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
matt@clalegal.com

           /s/
Carol T. Stone, Esquire
Virginia Bar Number 21142
Attorney for Brock & Scott, PLLC
JORDAN COYNE LLP
10509 Judicial Drive, Suite 200
Fairfax, Virginia 22030
(Tel.) (703) 246-0900
(Fax) (703) 591-3673
c.stone@jocs-law.com